IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN SCOTT, Surviving Husband of )
ELIZABETH SUZANNE SCOTT )
Deceased, )
)
    Plaintiff, )
v. )    NO. 3:04-0990
)    JUDGE HAYNES
GEORGE M. MILLER, JR., M.D., )
GEORGE M. MILLER, JR., M.D., P.C. )
f/k/a BARIATRIC SURGERY CLINIC, )
P.C., )
)
    Defendants. )

## ORDER

In accordance with the Memorandum filed herewith, the Defendants' motion for summary judgement (Docket Entry No. 26) is **GRANTED**. This action is **DISMISSED** with prejudice. Each party shall bear its own costs.

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 17th day of October, 2005.

WILLIAM J. HAYNES, JR.
United States District Judge