# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

STEVEN SCOTT, Surviving Husband of )
ELIZABETH SUZANNE SCOTT, )
Deceased, )
                                   )
         Plaintiff, )
                                   )
   vs. )  **CIVIL ACTION FILE NO. 3-04-0990**
                                   )
GEORGE M. MILLER, JR., M.D., )  **JUDGE HAYNES**
GEORGE M. MILLER, JR., M.D., P.C., )
f/k/a BARIATRIC SURGERY CLINIC, P.C., )
and CENTENNIAL MEDICAL CENTER, )
                                   )
        Defendants. )

*[handwritten order with signature, dated 3-3-08]*

## PLAINTIFF'S MOTION TO STRIKE THE TESTIMONY OF DR. KELLY WRIGHT, M.D.

Now Comes Plaintiff and moves this Court to strike the testimony of Dr. Kelly Wright,

M.D. Dr. Wright's testimony will be an exact word for word for word duplicate of Defendants'

two other expert witnesses, and as such is redundant and unfairly prejudicial to the Plaintiff.

This motion is accompanied by a Memorandum in Support of Plaintiff's Motion to Strike

the Testimony of Dr. Kelly Wright, M.D.

                              Respectfully submitted,

                              /s/ Mary A. Parker
                              Mary A. Parker #6016
                              Suite 511, Cummins Station
                              209 10th Avenue South
                              Nashville, TN 37203
                              (615) 244-2445