IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

STEVEN SCOTT, surviving husband of )
Elizabeth Suzanne Scott, )
 )
    Plaintiff, )
 )
v. ) No. 3:04-0990
 ) JUDGE HAYNES
GEORGE M. MILLER, JR., M.D., *et al.*, )
 )
    Defendant. )

## ORDER

In accordance with the jury's verdict and the Court's ruling on the Defendants' motion for judgment as a matter of law, Plaintiff's claims against the Defendants, George M. Miller, Jr., M.D. and George M. Miller, Jr., M.D., P.C. are **DISMISSED** with prejudice. Each party will bear its own costs.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ___ day of March, 2008.

                                              WILLIAM J. HAYNES, JR.
                                              United States District Judge